UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY L. BELL,<br><br>        Plaintiff,<br><br>    v.<br><br>K. HARRINGTON,<br><br>        Defendant.<br>_____/ | CASE NO.: 1:10-cv-00714-AWI-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION<br><br>(Docs. 7, 12) |

      Plaintiff Corey L. Bell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on April 23, 2010. (Doc. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 23, 2010, Plaintiff filed a motion for a preliminary injunction requesting that officials at Kern Valley State Prison be required to provide him with clean drinking water. (Doc. 7). On January 3, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the Plaintiff and which contained notice to the Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff has not submitted objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1

*novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 3, 2011, is adopted in full; and
2. Plaintiff's motions for injunctive relief, filed July 23, 2010, is DENIED.

IT IS SO ORDERED.

Dated:  March 21, 2011

                                       CHIEF UNITED STATES DISTRICT JUDGE